NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LUCIA G. GRADINARIU,                         )
                                             )
            Appellant,                       )
v.                                           )       Case No. 2D17-2830
                                             )
                                             )
BILL FURST, as Sarasota County Property      )
Appraiser, BARBARA FORD-COATES, as           )
Sarasota County Tax Collector, KATHY         )
DENT, as Sarasota County Supervisor of       )
Elections,                                   )
                                             )
            Appellees.                       )
_____        )

Opinion filed June 15, 2018.

Appeal from the Circuit Court for Sarasota
County; Andrea McHugh, Judge.

Lucia G. Gradinariu, pro se.

J. Geoffrey Pflunger, Jason A. Lessinger
and Anthony J. Manganiello, III of Icard,
Merrill, Cullis, Timm, Furen & Ginsburg,
P.A., Sarasota, for Appellee Bill Furst,
Property Appraiser.

No appearance for remaining Appellees.


PER CURIAM.


            Affirmed.

NORTHCUTT, KHOUZAM, and CRENSHAW, JJ., Concur.